FRANKLIN REALTY AND MORTGAGE COMPANY, RESPOND-
ENT, v. VILLAGE OF SOUTH ORANGE ET AL., APPEL-
LANTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose opinion is
printed in 4 *N. J. Mis. R.* 109.

For the appellants, *Riker & Riker.*

For the respondent, *Howe & Davis.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN,
KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUS-
KIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.